JS-6

SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
DAVID A. BERKLEY (State Bar No. 260105)
db@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| HAROUT MADENIAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA N.A., A National Association<br>CAPITAL ONE N.A., A National Association<br>DB SERVICING CORPORATION, A Delaware Corporation<br>TARGET NATIONAL BANK, A Minnesota Corporation<br>CITIBANK N.A., A National Association<br>WELLS FARGO BANK N.A., A National Association,<br><br>Defendants. | Case No. 2:12-cv-07590 ABC VBK<br>Hon. Audrey B. Collins<br>Ctrm. 680-Roybal Fed. Bldg.<br><br>[~~PROPOSED~~] **JUDGMENT OF DISMISSAL**<br><br>Action Filed:  September 5, 2012<br>Trial Date:    None Set |

07685.1189/2474849.1                                               2:12-cv-07590 ABC VBK

[PROPOSED] JUDGMENT OF DISMISSAL

# [PROPOSED] JUDGMENT OF DISMISSAL

The Court, having granted Defendant WELLS FARGO BANK, N.A.'s Motion to Dismiss Plaintiff's Complaint, without leave to amend, pursuant to its Minute Order on November 5, 2012,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is entered in favor of WELLS FARGO BANK, N.A. and against Plaintiff Harout Madenian;

2. Plaintiff shall recover nothing in this action.

**IT IS SO ORDERED.**

DATED: 11/26/12

*/s/ Audrey B. Collins*

HONORABLE AUDREY B. COLLINS
U.S. DISTRICT COURT JUDGE